The People of the State of Illinois, Plaintiff-Appellee, v. Wilburn Morris, Defendant-Appellant.

Gen. No. 64–90. 

Fifth District.

November 10, 1965.

Craig & Craig, of Mt. Vernon (D. E. Furnall and Glenn E. Moore, of counsel), for appellant; Theodore Van Winkle, State's Attorney, of McLeansboro, and Gerald T. Quindry, Special Assistant State's Attorney, of Fairfield, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.